# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 17, 2009

Before

FRANK H. EASTERBROOK, *Chief Judge*

JOHN L. COFFEY, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

| | |
|---|---|
| No. 09-3213 | Appeal from the United States District Court for the Southern District of Illinois. |
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | |
| **v.** | No. 99 CR 40026-JPG J. Phil Gilbert, *Judge*. |
| WILLIAM L. CURTIS, *Defendant-Appellant.* | |

**Order**

The order in this case issued on December 14, 2009, is amended as follows:

Page 2, first paragraph, third line from bottom: "since the Curtis's sentencing" should read "since Curtis's sentencing".